**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Action No. 09-cv-02046-PAB-CBS

EUGENE TRUEHART,

    Plaintiff,

v.

PREMIERE CREDIT OF NORTH AMERICA, LLC,
an Indiana limited liability company,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**

_____

    THIS MATTER comes before the Court upon the Stipulation of Dismissal With Prejudice [Docket No. 12]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED October 15, 2009.

                                                  BY THE COURT:

                                                  s/Philip A. Brimmer
                                                  PHILIP A. BRIMMER
                                                  United States District Judge